1  Thomas G. Slater, Jr. (*pro hac vice* pending)
   Benjamin L. Hatch (*pro hac vice* pending)
2  HUNTON & WILLIAMS LLP
   Riverfront Plaza, East Tower
3  951 East Byrd Street
   Richmond, VA 23219-4074
4  Telephone: (804) 788-8200
   Facsimile: (804) 788-8218
5  Email: *tslater@hunton.com;*
   *bhatch@hunton.com*
6
   Jeannine Yoo Sano (174190)
7  Saxon S. Noh (217845)
   David C. Vondle (221311)
8  DEWEY BALLANTINE LLP
   1950 University Avenue, Suite 500
9  East Palo Alto, California  94303
   Telephone:  (650) 845-7000
10 Facsimile:  (650) 845-7333
   Email:  *jsano@deweyballantine.com;*
11 *snoh@deweyballantine.com;*
   *dvondle@deweyballantine.com*
12
   Attorneys for Defendant
13 RAMBUS INC.

14

**UNITED STATES DISTRICT COURT**

15

**NORTHERN DISTRICT OF CALIFORNIA**

16

**SAN JOSE DIVISION**          *E-FILED - 7/12/06*

17

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE, | Case No. C 06 02595-RMW |
| Plaintiff, | **STIPULATION AND [] ORDER SELECTING ADR PROCESS** |
| v. | |
| RAMBUS INC., | |
| Defendant. | |

Counsel for the parties hereby report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Private non-binding mediation.**

Dated:  July 7, 2006                              Respectfully submitted,

                                                         DEWEY BALLANTINE LLP

                                                         By: /S/_____
                                                                    Jeannine Yoo Sano

                                                          Counsel for Defendant RAMBUS INC.

Dated:  July 7, 2006                              STADHEIM & GREAR

                                                         By: _____
                                                           George Summerfield
                                                           Counsel for Plaintiff
                                                           ALBERTA
                                                           TELECOMMUNICATIONS
                                                           RESEARCH CENTRE

Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from George Summerfield.

Dated:  July 7, 2006                              DEWEY BALLANTINE  LLP

                                                         By: /S/_____
                                                                    Jeannine Yoo Sano

                                                         Counsel for Defendant RAMBUS INC.

DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225

1   Thomas G. Slater, Jr. (*pro hac vice* pending)
    Benjamin L. Hatch (*pro hac vice* pending)
2   HUNTON & WILLIAMS LLP
    Riverfront Plaza, East Tower
3   951 East Byrd Street
    Richmond, VA 23219-4074
4   Telephone: (804) 788-8200
    Facsimile: (804) 788-8218
5   Email: *tslater@hunton.com;*
    *bhatch@hunton.com*
6
    Jeannine Yoo Sano (174190)
7   Saxon S. Noh (217845)
    David C. Vondle (221311)
8   DEWEY BALLANTINE LLP
    1950 University Avenue, Suite 500
9   East Palo Alto, California  94303
    Telephone:  (650) 845-7000
10  Facsimile:  (650) 845-7333
    Email:  *jsano@deweyballantine.com;*
11  *snoh@deweyballantine.com;*
    *dvondle@deweyballantine.com*
12
    Attorneys for Defendant
13  RAMBUS INC.

14

## UNITED STATES DISTRICT COURT

15

## NORTHERN DISTRICT OF CALIFORNIA

16

## SAN JOSE DIVISION

17

| | |
|---|---|
| 18  ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE, | Case No. C 06 02595 RMW |
| 19           Plaintiff, | **[] ORDER SELECTING ADR PROCESS** |
| 20      v. | |
| 21  RAMBUS INC., | |
| 22           Defendant. | |

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

Private ADR

IT IS SO ORDERED.

DATED:___7/12/06_____          ___/s/ Ronald M. Whyte_____
                                                              Honorable Ronald M. Whyte
                                                              United States District Court Judge

**DEWEY BALLANTINE LLP**
1950 University Avenue, Suite 500
East Palo Alto, CA 94303-2225