1  Thomas G. Slater, Jr. (*pro hac vice*)
   Benjamin L. Hatch (*pro hac vice*)
2  HUNTON & WILLIAMS LLP
   Riverfront Plaza, East Tower
3  951 East Byrd Street
   Richmond, VA 23219-4074
4  Telephone: (804) 788-8200
   Facsimile: (804) 788-8218
5  Email: *tslater@hunton.com; bhatch@hunton.com*

6  Thomas E. Anderson (*pro hac vice*)
   Tyler Maddry (*pro hac vice*)
7  HUNTON & WILLIAMS LLP
   1900 K Street, N.W.
8  Washington, DC 20006-1109
   Telephone: (202) 955-1500
9  Facsimile: (202) 778-2201
   Email: *andersont@hunton.com; tmaddry@hunton.com*
10
   Attorneys for Defendant
11 RAMBUS INC.

12                     **UNITED STATES DISTRICT COURT**

13                    **NORTHERN DISTRICT OF CALIFORNIA**

14                          **SAN JOSE DIVISION**            *E-FILED - 10/18/06*

| 15 | ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS, | Case No. C 06 02595 - RMW |
|---|---|---|
| 16 |  | **[] ORDER GRANTING PERMISSION TO BRING EQUIPMENT INTO COURTROOM** |
| 17 | Plaintiff, | |
| 18 | v. | Date:   Friday, October 20, 2006<br>Time:   9:00 a.m. |
| 19 | RAMBUS INC., | Courtroom 6, Fourth Floor<br>Judge:  Hon. Ronald M. Whyte |
| 20 | Defendant. | |

21

22

23

24

25

26

27

28

1. IT IS HEREBY ORDERED that the parties shall be permitted to bring the following items into the courtroom for the hearing on Defendants' Motion to Dismiss which is scheduled for October 20, 2006.

1. Laptop;
2. Projector;
3. Projector screen;
4. Projector table;
5. Presentation mouse, including laser pointer;
6. Connection cables.
7. 50 ft. extension cord; and
8. Two power strips.

You will be asked to supply the Court Security Guards with a copy of this order.

Dated: October 18, 2006

/S/ RONALD M. WHYTE
Honorable Ronald M. Whyte
Judge, United States District Court

-1-

Case No. C 06 02595 RMW
[Proposed] Order Granting Permission to
Bring Equipment Into Courtroom