DEWEY BALLANTINE LLP
1950 University Avenue, Suite 500
East Palo Alto, CA  94303

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

**SAN JOSE DIVISION**         *E-FILED - 1/22/07*

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE, | Case No. 5:06-CV-02595-RMW |
| Plaintiff, | [ ORDER GRANTING WITHDRAWAL OF SAXON NOH |
| vs. | |
| RAMBUS INC., | |
| Defendant. | |

IT IS HEREBY ORDERED that the request for withdrawal of Saxon Noh as counsel of record for Rambus Inc. in the above-entitled action is GRANTED.

IT IS SO ORDERED.

Dated:  1/22/07

*Ronald M. Whyte*
HONORABLE RONALD M. WHYTE
United States District Court Judge