1  Thomas G. Slater, Jr. (*pro hac vice*)
   Benjamin L. Hatch (*pro hac vice*)
2  HUNTON & WILLIAMS LLP
   Riverfront Plaza, East Tower
3  951 East Byrd Street
   Richmond, VA 23219-4074
4  Telephone: (804) 788-8200
   Facsimile: (804) 788-8218
5  Email: *tslater@hunton.com; bhatch@hunton.com*

6  Thomas E. Anderson (*pro hac vice*)
   Tyler Maddry (*pro hac vice*)
7  HUNTON & WILLIAMS LLP
   1900 K Street, N.W.
8  Washington, DC 20006-1109
   Telephone: (202) 955-1500
9  Facsimile: (202) 778-2201
   Email: *andersont@hunton.com; tmaddry@hunton.com*
10
   DEWEY BALLANTINE LLP
11 1950 University Avenue, Suite 500
   East Palo Alto, CA  94303
12 Telephone:  (650) 845-7000
   Facsimile:  (650) 845-7333
13
   Attorneys for Defendant                                    *E-FILED - 6/27/07*
14 RAMBUS INC.

15                       UNITED STATES DISTRICT COURT

16                      NORTHERN DISTRICT OF CALIFORNIA

17                              SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS, | Case No. C 06 02595 - RMW |
| Plaintiff, | [PROPOSED] ORDER GRANTING WITHDRAWAL OF COUNSEL DEWEY BALLANTINE LLP |
| v. | |
| RAMBUS INC., | |
| Defendant. | |

Case No. C 06 02595 RMW
[Proposed] Order Granting Withdrawal of Counsel Dewey Ballantine LLP

1  IT IS HEREBY ORDERED that the request for withdrawal of Dewey Ballantine LLP as
2 counsel of record for Rambus Inc. in the above-entitled action is GRANTED.
3  IT IS SO ORDERED.
4 Dated: ___6/27/07_____

*Ronald M. Whyte*
Honorable Ronald M. Whyte
Judge, United States District Court