1

2

3                      UNITED STATES DISTRICT COURT

4                    NORTHERN DISTRICT OF CALIFORNIA

5                 SAN JOSE DIVISION        *E-FILED - 8/20/07*

6  ALBERTA TELECOMMUNICATIONS                Case No. C 06 02595-RMW
   RESEARCH CENTRE d/b/a TR LABS,
7
               Plaintiff,                    [] ORDER GRANTING
8                                            NOTICE OF WITHDRAWAL OF
          v.                                 COUNSEL (1) BERNARD H. CHAO,
9                                            (2) CHAO HADIDI STARK & BARKER
    RAMBUS INC.,                             LLP
10
               Defendant.
11

12        It hereby ORDERED that counsel for plaintiff ALBERTA TELECOMMUNICATIONS

13   RESEARCH CENTRE d/b/a TR LABS, Bernard H. Chao, and Chao Hadidi

14   Stark & Barker LLP's request to withdraw as counsel of record in this action is GRANTED.

15

16   Dated:  8/20/07

17

18
                                  By:  *Ronald M. Whyte*
19                                     Judge Ronald M. Whyte
                                       United States District Court
20

21

22

23

24

25

26

27

28