Thomas G. Slater, Jr. (*pro hac vice*)
Benjamin L. Hatch (*pro hac vice*)
HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, VA 23219-4074
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Email: *tslater@hunton.com; bhatch@hunton.com*

Thomas E. Anderson (*pro hac vice*)
Tyler Maddry (*pro hac vice*)
HUNTON & WILLIAMS LLP
1900 K Street, N.W.
Washington, DC 20006-1109
Telephone: (202) 955-1500
Facsimile: (202) 778-2201
Email: *andersont@hunton.com; tmaddry@hunton.com*

Jeannine Yoo Sano (174190)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, California 94303
Telephone: (650) 798-3636
Facsimile: (650) 798-3600
Email: *SanoJ@howrey.com*

Attorneys for Defendant
RAMBUS INC.

*E-FILED - 9/21/07*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS, <br><br> Plaintiff, <br><br> v. <br><br> RAMBUS INC., <br><br> Defendant. | Case No. C 06 02595 - RMW <br><br> [PROPOSED] ORDER GRANTING NOTICE OF WITHDRAWAL OF COUNSEL (1) THOMAS G. SLATER, JR., (2) THOMAS E. ANDERSON, (3) TYLER MADDRY, (4) BENJAMIN L. HATCH, AND (5) HUNTON & WILLIAMS LLP |

IT IS HEREBY ORDERED that the request for withdrawal of Thomas G. Slater, Jr., Thomas E. Anderson, Tyler Maddry, Benjamin L. Hatch, and Hunton & Williams LLP as counsel of record for Rambus Inc. in the above-entitled action is GRANTED.

IT IS SO ORDERED.

Dated: 9/21/07

*Ronald M. Whyte*

Honorable Ronald M. Whyte
Judge, United States District Court

-2-

Case No. C 06 02595 RMW
[Proposed] Order Granting Withdrawal of Counsel