1  [Counsel listed on signature pages]

2

3                                                    *E-FILED 10/23/07*

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                  SAN JOSE DIVISION

11
    ALBERTA TELECOMMUNICATIONS          )  Case No. C 06 02595 RMW
12   RESEARCH CENTRE d/b/a TR LABS,      )
                                         )  STIPULATION AND ~~PROPOSED~~ ORDER
13               Plaintiff,              )  FOR PARTIAL RESOLUTION OF
                                         )  RAMBUS'S MOTION TO COMPEL
14         vs.                           )
                                         )  Date:  October 24, 2007
15   RAMBUS INC.,                        )  Time:  9:30 a.m.
                                         )  Ctrm:  4
16               Defendant.              )
    _____ )
17

18        In partial resolution of the pending Motion To Compel scheduled for hearing on October 24,

19   2007, Plaintiff Alberta Telecommunications Research Center d/b/a TR Labs ("Plaintiff" or "Alberta")

20   and Defendant Rambus Inc. hereby stipulate and agree as follows:

21        Plaintiff agrees to produce on or before November 5, 2007 the following documents:

22        (1)    all patent license agreements of Alberta;

23        (2)    all membership or sponsorship agreements of Alberta from 1987 to the present; and

24        (3)    all documents reflecting negotiations to license the '277 patent.  Alberta represents that it

25   has no license agreements relating to the '277 patent.

26        Pursuant to this Stipulation and Order, Rambus hereby withdraws the portion of Rambus's

27   Motion To Compel with respect to Alberta's licensing documents and membership agreements.  The

28   other issues of Rambus's Motion with respect to Alberta's preliminary infringement contentions,

HOWREY LLP

1  interrogatory responses, and documents concerning Samsung, however, remain outstanding for hearing

2  on October 24, 2007 as previously scheduled.

3  Dated: October  23, 2007                          Respectfully submitted,

4
                                                    By _____
5
                                                    George C. Summerfield
6                                                   STADHEIM & GREAR, LTD.
                                                    400 N. Michigan Avenue, Suite 2200
7                                                   Chicago, IL  60611
                                                    Telephone:  (312) 755-4400
8                                                   Facsimile:  (312) 755-4408
                                                    Email:  *gstadlaw@aol.com*
9
                                                    Counsel for Plaintiff
10                                                  ALBERTA TELECOMMUNICATIONS RESEARCH
                                                    CENTRE
11
    Dated: October 23, 2007
12

13                                                  By /S/ Jeannine Sano

14                                                  Henry C. Bunsow (060707)
                                                    Jeannine Yoo Sano (174190)
15                                                  HOWREY LLP
                                                    1950 University Avenue, 4th Floor
16                                                  East Palo Alto, CA  94303-2281
                                                    Telephone:  (650) 798-3636
17                                                  Facsimile:  (650) 798-3600
                                                    Email:  *BunsowH@Howrey.com;*
18                                                  *SanoJ@Howrey.com*

19                                                  Cono A. Carrano (*pro hac vice*)
                                                    Brian A. Rosenthal (*pro hac vice*)
20                                                  HOWREY LLP
                                                    1299 Pennsylvania Avenue NW
21                                                  Washington DC  20004-2420
                                                    Telephone:  (202) 383-7416
22                                                  Facsimile:  (202) 383-6610
                                                    Email:  *CarranoC@Howrey.com;*
23                                                  *RosenthalB@Howrey.com*

24                                                  Counsel for Defendant RAMBUS INC.

25

26

27

28

HOWREY LLP

1      Filer's Attestation:  Pursuant to General Order No. 45, Section X(B) regarding signatures, I

2   attest under penalty of perjury that concurrence in the filing of the document has been obtained from

3   George Summerfield.

4      Dated:  October 23, 2007                    /S/ Jeannine Sano

5                                                  Counsel for Defendant
                                                   RAMBUS INC.
6

7      PURSUANT TO STIPULATION, IT IS SO ORDERED.

8      Dated:  October __23__, 2007

9                                                  _____
                                                   Honorable Richard Seeborg
10                                                 Magistrate Judge, United States District Court

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28