[Counsel listed on signature pages]

*E-FILED - 11/2/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS, <br><br> Plaintiff, <br><br> vs. <br><br> RAMBUS INC., <br><br> Defendant. | Case No. C 06 02595 RMW <br><br> STIPULATED EXTENSION OF CASE SCHEDULE AND [] ORDER <br><br><br><br><br> Honorable Ronald M. Whyte |

HOWREY LLP

DM_US:20845920_1

Case No. C 06 02595 RMW
Stipulated Extension of Case Schedule and [ Order

1   The parties have met and conferred and agree that an extension of time will be necessary to
2   complete the requirements of Local Rules 3-1 and 3-3.  Accordingly, the parties hereby stipulate that,
3   with the Court's permission, the current schedule set forth in the September 19, 2007 Case
4   Management Order be modified as follows:

| Event | September 19, 2007 Case Management Order | Proposed Date |
|---|---|---|
| Preliminary Invalidity Contentions | October 31, 2007 | November 16, 2007 |
| Exchange Proposed Terms and Claim Elements for Construction | November 16, 2007 | November 30, 2007 |
| Exchange Preliminary Claim Constructions | December 7, 2007 | December 14, 2007 |

Dated: October 29, 2007                Respectfully submitted,


By:  /s/ Keith A. Vogt

George C. Summerfield
Keith A. Vogt
STADHEIM & GREAR, LTD.
400 N. Michigan Avenue, Suite 2200
Chicago, IL  60611
Telephone:  (312) 755-4400
Facsimile:  (312) 755-4408
Email:  *gstadlaw@aol.com;*
*Keithvogt@aol.com*

Counsel for Plaintiff
ALBERTA TELECOMMUNICATIONS RESEARCH
CENTRE

Dated: October 29, 2007                By:  /s/ Jeannine Sano

Henry C. Bunsow (060707)
Jeannine Yoo Sano (174190)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA  94303-2281
Telephone:  (650) 798-3636
Facsimile:  (650) 798-3600
Email:  *BunsowH@Howrey.com;*

HOWREY LLP

-2-                Case No. C 06 02595 RMW
Stipulated Extension of Case Schedule and [] Order

DM_US:20845920_1

1  *SanoJ@Howrey.com*

2  Cono A. Carrano (*pro hac vice*)
3  Brian A. Rosenthal (*pro hac vice*)
   HOWREY LLP
   1299 Pennsylvania Avenue NW
4  Washington DC  20004-2420
   Telephone:  (202) 383-7416
5  Facsimile:  (202) 383-6610
   Email:  *CarranoC@Howrey.com;*
6  *RosenthalB@Howrey.com*

7  Counsel for Defendant RAMBUS INC.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**HOWREY LLP**

1     Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I
2 attest under penalty of perjury that concurrence in the filing of the document has been obtained from
3 Keith Vogt.

4 Dated: October 29, 2007                  /s/ Jeannine Sano

5                                          Counsel for Defendant
6                                          RAMBUS INC.

7     PURSUANT TO STIPULATION, IT IS SO ORDERED.

8 Dated: November 2, 2007             *Ronald M. Whyte*

9                                          Honorable Ronald M. Whyte
                                            District Judge, United States District Court

**HOWREY LLP**