[Counsel listed on signature pages]

*E-FILED 11/19/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>Plaintiff,<br><br>vs.<br><br>RAMBUS INC.,<br><br>Defendant. | Case No. C 06 02595 RMW<br><br>SECOND STIPULATION AND ~~PROPOSED~~ ORDER FOR PARTIAL RESOLUTION OF RAMBUS'S MOTION TO COMPEL<br><br>Date: October 24, 2007<br>Time: 9:30 a.m.<br>Ctrm: 4 |

In further resolution of the Motion To Compel heard on October 24, 2007, Plaintiff Alberta Telecommunications Research Center d/b/a TR Labs ("Plaintiff" or "Alberta") and Defendant Rambus Inc. hereby stipulate and agree as follows:

Plaintiff agrees to produce all requested documents relating to Samsung.

Pursuant to this Stipulation and Order, Rambus hereby advises the Court that the portion of Rambus's Motion To Compel with respect to Samsung documents has been resolved.

Dated: October 29, 2007          Respectfully submitted,

By: /s/ Keith Vogt

George C. Summerfield

| | | |
|---|---|---|
| 1 | | Keith Vogt |
| 2 | | STADHEIM & GREAR, LTD. |
| | | 400 N. Michigan Avenue, Suite 2200 |
| 3 | | Chicago, IL  60611 |
| | | Telephone:  (312) 755-4400 |
| 4 | | Facsimile:  (312) 755-4408 |
| | | Email:  *gstadlaw@aol.com;* |
| 5 | | *Keithvogt@aol.com* |
| 6 | | Counsel for Plaintiff |
| | | ALBERTA TELECOMMUNICATIONS RESEARCH |
| 7 | | CENTRE |
| 8 | Dated: October 29, 2007 | By:  /s/ Jeannine Sano |
| 9 | | Henry C. Bunsow (060707) |
| | | Jeannine Yoo Sano (174190) |
| 10 | | HOWREY LLP |
| | | 1950 University Avenue, 4th Floor |
| 11 | | East Palo Alto, CA  94303-2281 |
| | | Telephone:  (650) 798-3636 |
| 12 | | Facsimile:  (650) 798-3600 |
| | | Email:  *BunsowH@Howrey.com;* |
| 13 | | *SanoJ@Howrey.com* |
| 14 | | Cono A. Carrano (*pro hac vice*) |
| | | Brian A. Rosenthal (*pro hac vice*) |
| 15 | | HOWREY LLP |
| | | 1299 Pennsylvania Avenue NW |
| 16 | | Washington DC  20004-2420 |
| | | Telephone:  (202) 383-7416 |
| 17 | | Facsimile:  (202) 383-6610 |
| | | Email:  *CarranoC@Howrey.com;* |
| 18 | | *RosenthalB@Howrey.com* |
| 19 | | Counsel for Defendant RAMBUS INC. |

1   Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I
2   attest under penalty of perjury that concurrence in the filing of the document has been obtained from
3   Keith Vogt.

4   Dated: October 29, 2007                                /s/ Jeannine Sano

5                                                          Counsel for Defendant
                                                           RAMBUS INC.
6

7   PURSUANT TO STIPULATION, IT IS SO ORDERED.

8

9   Dated: November 19, 2007                              _____

10                                                         Honorable Richard Seeborg
                                                           Magistrate Judge, United States District Court

**HOWREY LLP**

DM_US:20845796_1

-3-                       Case No. C 06 02595 RMW
Second Stipulation and Order Partially Resolving Motion to Compel