1 [Counsel listed on signature pages]

*E-FILED - 1/9/08*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE d/b/a TR LABS,<br><br>Plaintiff,<br><br>vs.<br><br>RAMBUS INC.,<br><br>Defendant. | Case No. C 06 02595 RMW<br><br>STIPULATED DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) AND [] ORDER<br><br>Honorable Ronald M. Whyte |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Alberta Telecommunications Research Centre d/b/a TR Labs and Defendant Rambus Inc. hereby stipulate to the dismissal with prejudice of the Amended Complaint in the above-entitled action based on settlement.

**HOWREY LLP**

Case No. C 06 02595 RMW
Stipulated Dismissal With Prejudice and [] Order

DM_US:20901040_1

Each party is to bear its own costs and attorneys' fees.

Dated: December 6, 2007    Respectfully submitted,

By _____

George C. Summerfield
Keith A. Vogt
STADHEIM & GREAR, LTD.
400 N. Michigan Avenue, Suite 2200
Chicago, IL 60611
Telephone: (312) 755-4400
Facsimile: (312) 755-4408
Email: *gstadlaw@aol.com;*
*Keithvogt@aol.com*

Counsel for Plaintiff
ALBERTA TELECOMMUNICATIONS RESEARCH CENTRE

Dated: December 6, 2007    By

Henry C. Bunsow (060707)
Jeannine Yoo Sano (174190)
HOWREY LLP
1950 University Avenue, 4th Floor
East Palo Alto, CA 94303-2281
Telephone: (650) 798-3636
Facsimile: (650) 798-3600
Email: *BunsowH@Howrey.com;*
*SanoJ@Howrey.com*

Cono A. Carrano (*pro hac vice*)
Brian A. Rosenthal (*pro hac vice*)
HOWREY LLP
1299 Pennsylvania Avenue NW
Washington DC 20004-2420
Telephone: (202) 383-7416
Facsimile: (202) 383-6610
Email: *CarranoC@Howrey.com;*
*RosenthalB@Howrey.com*

Counsel for Defendant RAMBUS INC.

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from George Summerfield.

Dated: December 6, 2007

                          Jeannine Sano

                          Counsel for Defendant RAMBUS INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __1/9__, 200_8_

*Ronald M. Whyte*
Honorable Ronald M. Whyte
United States District Court Judge

HOWREY LLP